SCOT-16-0000353

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ARWIN R. ECHINEQUE, Plaintiff,

vs.

STATE OF HAWAIʻI, Defendant.

---

ORIGINAL PROCEEDING

<u>ORDER DISMISSING COMPLAINT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of plaintiff Arwin R. Echineque's complaint, filed on April 26, 2016, the documents attached thereto and submitted in support thereof, and the record, it appears that this court does not have jurisdiction to consider the complaint or provide plaintiff the relief he seeks. <u>See</u> HRS § 602-5(a) (Supp. 2015). Accordingly,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, May 4, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

